IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL WORDEN, JR., | : |
| | : Case No. 2:18-cv-00624 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Deavers |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Parties' Joint Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act. (Doc. 21.) Plaintiff and Defendant, through their respective counsel, have stipulated to award Plaintiff attorney's fees in the amount of $4,400, and no costs, in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act. The Court **GRANTS** the Motion [#21]. IT IS HEREBY ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff attorney fees in the amount of $4,400; and

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the Equal Access to Justice Act award directly to Plaintiff's counsel.

**IT IS SO ORDERED.**

                                          /s/ Algenon L. Marbley
                                          **ALGENON L. MARBLEY**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: December 13, 2019**